IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NEXT GENERATION SYSTEMS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BROCADE COMMUNICATIONS ) <br> SYSTEMS, INC., ) <br> ) <br> Defendant. ) | C.A. No. 14-566-LPS <br><br> DEMAND FOR JURY TRIAL |

**DEFENDANT BROCADE COMMUNICATIONS SYSTEMS, INC.'S MOTION
TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404**

Defendant Brocade Communications Systems, Inc. ("Brocade"), by and through its undersigned counsel, respectfully moves this Court for an order, pursuant to 28 U.S.C. § 1404, transferring this action to the United States District Court for the Northern District of California. This Motion is based on the accompanying Opening Brief in Support of Brocade's Motion, the Declarations of James E. Parsons and Steve Wilson in Support of Brocade's Motion, and upon the papers, records and pleadings on file with the Court.

POTTER ANDERSON & CORROON LLP

By: /s/ Philip A. Rovner
  Philip A. Rovner (#3215)
  Jonathan A. Choa (#5319)
  Hercules Plaza
  P.O. Box 951
  Wilmington, DE 19899-0951
  (302) 984-6000
  provner@potteranderson.com
  jchoa@potteranderson.com

Dated: June 20, 2014
1156403

*Attorney for Defendant
Brocade Communications Systems, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Philip A. Rovner, hereby certify that, on June 20, 2014, the within document was electronically filed with the Clerk of the Court using CM-ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading from CM-ECF.

I further certify that on June 20, 2014, the within document was electronically mailed to the following persons:

**BY E-MAIL**

| | |
|---|---|
| Stamatios Stamoulis, Esq. | Paul V. Storm, Esq. |
| Richard C. Weinblatt, Esq. | Sarah M. Paxson |
| Stamoulis & Weinblatt LLC | Gardere Wynne Sewell LLP |
| Two Fox Point Centre | 1601 Elm Street, Suite 3000 |
| 6 Denny Road, Suite 307 | Dallas, TX 75201 |
| Wilmington, DE 19809 | spaxson@gardere.com |
| Stamoulis@swdelaw.com | pvstorm@gardere.com |
| Weinblatt@swdelaw.com | |
| | *Co-Counsel for Plaintiff* |
| *Attorneys for Plaintiff* | |

/s/ Philip A. Rovner
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com