# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

**Magistrate Judge Paul S. Grewal**
Courtroom 5 - 4th Floor

## Civil Minute Order

Date: October 8, 2014                                    Time in Court: 46 minutes

Courtroom Deputy Clerk: Oscar Rivera
Court Reporter: Irene Rodriguez

**TITLE: Next Generations Systems, Inc. v. Brocade Communications Systems, Inc.**
**CASE NUMBER**: CV14-03366 PSG
Plaintiff Attorney(s) present: Paul Storm, Sarah Paxson & David Wei
Defendant Attorney(s) present: Annette Hurst, Sid Venkatesan & Denise Mingrone

### PROCEEDINGS:
**1.) Defendant's Partial Motion for Judgment on the Pleadings (Dkt. 27)**
**2.) Case Management Conference**

The court takes matter under submission; the court will issue a written opinion.
Trial set for 6/13/16 at 9:30 a.m.
Case management scheduling order to be issued.

///