UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NEXT GENERATION SYSTEMS, INC., ) | Case No. 5:14-cv-03366-PSG |
| ) | |
| Plaintiff, ) | **CASE SCHEDULING ORDER** |
| ) | |
| v. ) | **(Re: Docket No. 42)** |
| ) | |
| BROCADE COMMUNICATIONS SYSTEMS, ) INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

Based on the parties' joint case management statement and the case management conference on October 8, 2014,[1]

IT IS ORDERED that the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure shall apply to this case.

IT IS FURTHER ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is January 26, 2015.

IT IS FURTHER ORDERED that the parties participate in a neutral evaluation with United States Magistrate Judge Nathanael Cousins. The parties shall contact him within 14 days to schedule the evaluation on or before February 28, 2015.

---

[1] *See* Docket No. 43.

Case No. 5:14-cv-03366-PSG
CASE SCHEDULING ORDER

1

IT IS FURTHER ORDERED that the following schedule and deadlines shall apply to this case:

| | |
|---|---|
| Rule 26(a) Initial Disclosures | October 22, 2014 |
| Plaintiff's Initial Disclosure of Asserted Claims/Preliminary Infringement Contentions & Document Production | October 22, 2014 |
| Defendant's Preliminary Invalidity Contentions & Document Production | December 15, 2014 |
| Exchange Proposed Terms & Claim Elements for Construction | December 29, 2014 |
| Exchange Preliminary Claim Constructions | January 19, 2015 |
| Joint Claim Construction & Prehearing Statement | February 16, 2015 |
| Claim Construction Discovery Cut-Off | March 18, 2015 |
| Document Production Substantially Complete | March 30, 2015 |
| Opening Claim Construction Brief | April 2, 2015 |
| Opposition Claim Construction Brief | April 16, 2015 |
| Reply Claim Construction Brief | April 23, 2015 |
| Technology Tutorial | April 30, 2015 |
| *Markman* Hearing | May 7, 2015 |
| Fact Discovery Cut-Off | August 3, 2015 |
| Designation of Opening Experts with Reports | October 5, 2015 |
| Last Day to Serve Final Infringement/Invalidity Contentions | October 5, 2015 |
| Designation of Rebuttal Experts with Reports | November 2, 2015 |
| Expert Discovery Cutoff | November 20, 2015 |
| Last Day for Dispositive and *Daubert* Motions | January 26, 2016 |
| Responses to Dispositive and *Daubert* Motions | February 9, 2016 |
| Replies to Dispositive and *Daubert* Motions | February 16, 2016 |
| Dispositive and *Daubert* Motions Hearing | February 23, 2016 |
| Proposed Final Pretrial Order | May 17, 2016 |
| Pre-Trial Conference | May 31, 2016 |
| Jury Trial | June 13, 2016 |

Case No. 5:14-cv-03366-PSG
CASE SCHEDULING ORDER

**SO ORDERED.**

Dated: October 30, 2014

                                                             _____
                                                             PAUL S. GREWAL
                                                             United States Magistrate Judge