| | |
|---|---|
| 1 | PAUL V. STORM *(admitted pro hac vice)* |
| 2 | pvstorm@gardere.com<br>SARAH M. PAXSON *(admitted pro hac vice)* |
| 3 | spaxson@gardere.com<br>GARDERE WYNNE SEWELL LLP |
| 4 | 1601 Elm Street, Suite 3000<br>Dallas, Texas 75201 |
| 5 | (214) 999-3000 Telephone |
| 6 | (214) 999-4667 Fax |
| 7 | DAVID T. WEI |
| 8 | dwei@ax-law.com<br>CRAIG C. DANIEL |
| 9 | cdaniel@ax-law.com<br>AXCEL LAW PARTNERS LLP |
| 10 | 4 Embarcadero Center, Suite 1400<br>San Francisco, CA 94111 |
| 11 | (415) 704-8800 Telephone<br>(415) 704-8802 Fax |
| 12 | |
| 13 | *Attorneys for Plaintiff*<br>*Next Generation Systems, Inc.* |
| 14 | **[Additional Counsel Listed on Signature Page]** |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NEXT GENERATION SYSTEMS, INC., | Case No. C 14-03366 PSG |
| Plaintiff, | [~~PROPOSED~~] **ORDER FOR DISMISSAL AND AMENDMENT** |
| v. | Judge: Hon. Paul S. Grewal |
| BROCADE COMMUNICATIONS SYSTEMS, INC., | Amended Complaint Served: Nov. 13, 2014<br>Response Due: Dec. 4, 2014 |
| Defendant. | |

[~~PROPOSED~~] ORDER FOR DISMISSAL
AND AMENDMENT
C 14-03366 PSG

Having considered the Joint Stipulation for Dismissal and Amendment, and good cause appearing therefor, the Court hereby ORDERS as follows:

1. NGS's state law claims arising from NGS's allegations in the Complaint that were or could have been pled in this action, based on its knowledge as of November 13, 2014, including without limitation Counts 2-4 of the Complaint, are hereby dismissed with prejudice;

2. All costs and fees associated with the foregoing dismissed claims are to be borne by the party incurring same;

3. Brocade's response to the First Amended Complaint is due twenty-one (21) days from the filing of the First Amended Complaint; and

4. Brocade's Motion for Partial Judgment on the Pleadings is hereby ordered withdrawn as moot.

**IT IS SO ORDERED.**

Dated: Nov. 18, 2014

HON. PAUL S. GREWAL

Submitted By:

/s/ Sarah M. Paxson
PAUL V. STORM *(admitted pro hac vice)*
pvstorm@gardere.com
SARAH M. PAXSON *(admitted pro hac vice)*
spaxson@gardere.com
GARDERE WYNNE SEWELL LLP
1601 Elm Street, Suite 3000
Dallas, Texas 75201
(214) 999-3000 Telephone
(214) 999-4667 Fax

- 2 -

[PROPOSED] ORDER FOR DISMISSAL
AND AMENDMENT
C 14-03366 PSG

| | |
|---|---|
| 1 | DAVID T. WEI |
| 2 | dwei@ax-law.com |
| | CRAIG C. DANIEL |
| 3 | cdaniel@ax-law.com |
| | AXCEL LAW PARTNERS LLP |
| 4 | 4 Embarcadero Center, Suite 1400 |
| | San Francisco, CA 94111 |
| 5 | (415) 704-8800 Telephone |
| 6 | (415) 704-8802 Fax |
| 7 | Attorneys for Plaintiff |
| | Next Generation Systems, Inc. |

  \_\_/s/ Denise M. Mingrone_____
  ANNETTE L. HURST (NO. 148738)
  ahurst@orrick.com
  ORRICK, HERRINGTON & SUTCLIFFE LLP
  The Orrick Building
  405 Howard Street
  San Francisco, California  94105-2669
  Telephone:      +1-415-773-5700
  Facsimile:      +1-415-773-5759

  DENISE M. MINGRONE (NO. 135224)
  dmingrone@orrick.com
  SIDDHARTHA VENKATESAN (NO. 245008)
  svenkatesan@orrick.com
  ORRICK, HERRINGTON & SUTCLIFFE LLP
  1000 Marsh Road
  Menlo Park, California  94105-2669
  Telephone:      +1-650-614-7400
  Facsimile:      +1-650-614-7401
  Attorneys for Defendant
  BROCADE COMMUNICATIONS SYSTEMS, INC.

- 3 -

[~~PROPOSED~~] ORDER FOR DISMISSAL AND AMENDMENT
C 14-03366 PSG